United States District Court
Southern District of Texas
**ENTERED**
September 25, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAUREN VICKERS, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-02915** |
| | § | |
| **SUZIE HARVEY, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Plaintiffs Lauren Vickers, Kerrie Bloh, and Lisa Webster have filed a Notice of Dismissal. ECF No. 12. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 23rd day of September, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE